ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,           :

       - v -                        :      NOTICE OF INTENT TO
                                        FILE AN INFORMATION
CLEON TAYLOR,                       :

          Defendant.         :

- - - - - - - - - - - - - - - x

**06 CRIM. 189**

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     New York, New York
          February 23, 2006

                                    MICHAEL J. GARCIA
                                    United States Attorney

                   By:  _____
                          David B. Massey
                          Assistant United States Attorney

                               AGREED AND CONSENTED TO:

                   By:  _____
                          Lawrence F. Ruggiero, Esq.
                          Attorney for Cleon Taylor

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/06

JUDGE KARAS

2/27/06  WHEEL A.