UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA,           :
                                    :
          -v-                       :     INFORMATION
                                    :
CLEON TAYLOR,                       :     06 Cr. ____
                                    :
               Defendant.           :
                                    :
- - - - - - - - - - - - - - - - - - x

**06CRIM. 189**

JUDGE KARAS

COUNT ONE

The United States Attorney charges:

1. From on or about October 24, 2005, up to and including on or about October 31, 2005, in the Southern District of New York and elsewhere, CLEON TAYLOR, the defendant, together with others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that CLEON TAYLOR, the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 1 2006

form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

*[signature: Michael J. Garcia]*
MICHAEL J. GARCIA
United States Attorney

2