UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

       v.                              :

CLEON TAYLOR,                     :          06 Cr. ____  (KMK)

          Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**06 CRIM. 189**

     The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

**JUDGE KARAS**

_____
Defendant

_____
Witness

_____
Counsel for Defendant

LAWRENCE F. RUGGIERO
BY: ROBERT KOPPELMAN

Date: New York, New York
      March 1, 2006

0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 01 2006