U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/06

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 23, 2006

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
500 Pearl Street
Room 920
New York, NY 10007-1581

**MEMO ENDORSED**

Re:   United States v. Cleon Taylor, 06 Cr. 189 (KMK)

Dear Judge Karas:

   The parties respectfully request that the next conference in this case, set for March 24, 2006, at 10:00 a.m., be adjourned, and that a new conference be set for April 20, 2006, at 12 noon.

   The defendant was arraigned in Magistrate Court on a one-count Indictment on March 1, 2006. The parties have discussed the resolution of this case before trial. The adjournment requested here would permit the parties to advance those discussions.

   The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act through April 20, 2006. The Government makes this request, with the consent of the defense, to permit the parties to continue discussions that could lead to the resolution of this matter without trial. The ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

Please do not hesitate to contact me with any questions or concerns.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
David B. Massey
Assistant United States Attorney
(212) 637-2283

cc:   Lawrence F. Ruggiero, Esq.
      Fax: 212 759-4463
      Tel: 212 406-2910

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.
3/24/06