```
                                          ┌─────────────────────────────┐
                                          │ USDC SDNY                   │
                                          │ DOCUMENT                    │
                                          │ ELECTRONICALLY FILED        │
                                          │ DOC #: _____          │
UNITED STATES DISTRICT COURT              │ DATE FILED: 9/15/06         │
SOUTHERN DISTRICT OF NEW YORK             └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

UNITED STATES OF AMERICA

    — vs. —

CLEON TAYLOR,

    Defendant.

------------------------------------------X

ORDER

Docket No. 06 Cr. 189 (KMK)

    WHEREAS Cleon Taylor, the defendant, was arrested in this case on October 31st, 2005, and was released on the following bailing conditions: personal recognizance bond entered as to Cleon Taylor in amount of $100,000 to be cosigned by 2 financially responsible persons; secured by $2,000 cash/property; travel limited to SDNY/EDNY; surrender travel documents and no new applications; strict pretrial supervision with drug testing and treatment; defendant to maintain employment; and

    WHEREAS on September 13, 2006, Cleon Taylor pleaded guilty before this Court to the two counts in Superseding Information S1 06 Cr.189 charging him with violations 18 U.S.C. 846 and 841, respectively;

    IT IS HEREBY ORDERED that Cleon Taylor's bail be continued and amended to also include the following conditions: defendant will have a nightly curfew from 11pm until 6am; be subject to random searches and spot checks at his house in Montgomery, Alabama; will phone into pre-trial services in Alabama between his day and night shift; will be allowed to make errands for his family; will receive outpatient counseling at the expense of pretrial services and subject to their discretion as to frequency and time; and be permitted to continue his counseling and ministering in

churches and schools through the non-profit organization "True Woman," in between his work shifts at OSI.

SO ORDERED:

Kenneth M. Karas
United States District Judge

Dated: September 14, 2006
       New York, New York