USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 3 2006

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA,           :
                                    :   SUPERSEDING
         -v-                        :   INFORMATION
                                    :
CLEON TAYLOR,                       :   S1 06 Cr. 189 (KMK)
                                    :
                    Defendant.      :
                                    :
- - - - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

1.  From in or about 2002, up to and including on or about October 31, 2005, in the Southern District of New York and elsewhere, CLEON TAYLOR, the defendant, and others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that CLEON TAYLOR, the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

<u>COUNT TWO</u>

The United States Attorney further charges:

3. From in or about 1997 through in or about 2005, CLEON TAYLOR, the defendant, unlawfully, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, less than 50 kilograms of marihuana.

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(D); Title 18, United States Code, Section 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney