**U.S. Department of Justice**



United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/07

January 9, 2007

BY HAND

**MEMO ENDORSED**

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
500 Pearl Street
Room 920
New York, NY 10007-1581

    Re:    United States v. Cleon Taylor, 06 Cr. 189 (KMK)

Dear Judge Karas:

    The Government respectfully requests that the sentencing in this case, currently scheduled for January 19, 2007, be adjourned for approximately 90 days. I understand that the Probation Office has recently been notified that it should begin preparing its report. Defense counsel Lawrence Ruggiero consents to this request on behalf of his client.

    Please do not hesitate to contact me with any questions or concerns.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
David B. Massey
Assistant United States Attorney
(212) 637-2283

*Sentence is adjourned until May 18, 2007, at 10:00 AM.*

SO ORDERED
KENNETH M. KARAS, U.S.D.J.
1/10/07

cc:    Lawrence F. Ruggiero, Esq.
       Fax: 212 759-4463
       Tel: 212 406-2910