UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

                               ORDER SUBSTITUTING COUNSEL
                               06-CR-189 (KMK)

-v-

Cleon Taylor

        Defendant.

-------------------------------------------------------X

KENNETH M. KARAS, U.S. DISTRICT JUDGE:

        The C.J.A. attorney assigned to this case Lawrence F. Ruggiero, Esq. is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to Steven Frankel, Esq.

                                            SO ORDERED.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
          May 29, 2007